```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.           CASE NO. 6:98-CR-60022

SHARON DAVIS                                                DEFENDANT

## ORDER

On July 9, 2010, Defendant filed a motion requesting a psychological examination to determine the mental competency of the Defendant and whether or not the Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.  (Doc. 96).  The Government does not oppose the motion.

Pursuant to 18 U.S.C. §§ 4241(a) and 4247(b), the motion is GRANTED, and the Defendant, Sharon Davis, is committed to the custody of the Attorney General or his authorized representative for placement in a suitable federal correctional facility for a period not to exceed thirty days for a psychological examination under 18 U.S.C. §§ 4241 to determine whether the Defendant is able to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

Pursuant to 18 U.S.C. § 4247(c), the facility conducting the examination shall file a copy of the report with this Court, with copies to counsel for the Defendant and the Government.

**AO72A**
**(Rev. 8/82)**

Should Defendant desire a hearing on the issue of her competency to proceed, she will have ten days from the filing of the report within which to demand one.

The United States District Court Clerk is directed to provide the United States Marshal's Service with a certified copy of this order.  The United States Marshal's Service is directed to immediately notify the Court upon receipt of Defendant's facility designation.  The Court will then issue an order directing Defendant's transport to this facility.

The revocation of supervised release hearing scheduled for July 23, 2010, is CANCELED and will be reset at a later date. Accordingly, Defendant's Motion for Continuance (doc. 97) is DENIED AS MOOT.

IT IS SO ORDERED this 12th day of July 2010.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge